

JTW/PMN USAO2011R00843

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 MAY 15 P 2: 21

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CRIMINAL NO. WDQ-12-0265 |
| v. | * | (Conspiracy to Distribute and Possess with the Intent to Distribute Heroin, 21 U.S.C. § 846; Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1); Aiding and Abetting, 18 U.S.C. § 2) |
| JOSEPH OSIOMWAN, and | * | |
| LARRY BROWN | * | |
| a/k/a "Fat Dinky," | * | |
| Defendants | * | |

...ooOoo...

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

From at least in or about June 2010 until on or about May 3, 2012, in the District of Maryland and elsewhere, the Defendants,

**JOSEPH OSIOMWAN, and
LARRY BROWN,
a/k/a "Fat Dinky,"**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about May 3, 2012, in the District of Maryland, the Defendants,

**JOSEPH OSIOMWAN, and
LARRY BROWN,
a/k/a "Fat Dinky,"**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about May 3, 2012, in the District of Maryland, the Defendants,

**JOSEPH OSIOMWAN, and
LARRY BROWN,
a/k/a "Fat Dinky,"**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney

_A TRUE BILL:

**SIGNATURE REDACTED**          Date: 5/15/12

Foreperson